RECEIVED IN ALEXANDRIA
OCT 13 2009
TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ERIC C. HENDERSON<br>    FED. REG. NO. 16582-058 | CIVIL ACTION NO. 09-0857 |
| VS. | SECTION P |
| | JUDGE DRELL |
| WARDEN JOE KEFFER | MAGISTRATE JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** this petition for *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**.

Additionally, we note that <u>Luther v. Vanyur</u>, 14 F.Supp.2d 773 (E.D. N.C. 1997) is inapposite. There, the Bureau of Prisons actually accepted the prisoner. Here, there was only a federal detainer. The <u>Luther</u> court understood this distinction and supported it, citing also <u>Del Guzzi v. United States</u>, 980 F.2d 1269, 1270, 1272-73 (9th Cir. 1992).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 12th day of October, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE